IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
***(Electronically Filed)***

| | | |
|---|---|---|
| KANDACE BARKHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:24-cv-00473-GNS |
| | ) | |
| PINNACLE TREATMENT CENTERS KY-I, LLC | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER FOR EXTENSION OF TIME**

Plaintiff, Kandace Barkham, and Defendant, Pinnacle Treatment Centers KY-I, LLC ("Pinnacle"), (collectively, the "Parties"), by counsel, and pursuant to Local Rule 7.1(b), respectfully submit this Agreed Order further extending the deadline for Pinnacle to file its Answer to Plaintiff's Complaint until October 11, 2024.  The parties are currently in settlement discussions and need additional time to determine if a resolution is possible.  Accordingly, by agreement of the Parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Pinnacle's Answer to Plaintiff's Complaint is due **October 11, 2024.**

Tendered by:

*/s/ Megan R. U'Sellis*
Megan R. U'Sellis
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3990
Facsimile: (502) 561-3991
E-mail: musellis@fisherphillips.com

COUNSEL FOR DEFENDANT

*/s/ Bradley S. Zoppoth (w/permission)*
Bradley S. Zoppoth
Mitchell E. Esterle
The Zoppoth Law Firm
6510 Glenridge Park Place, Suite 1
Louisville, Kentucky 40222
Phone:  (502) 568-8884
E-mail:  bsz@zoplaw.com
         mee@zoplaw.com

COUNSEL FOR PLAINTIFF